AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

2004 JUN 17 P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

Charter Communications Entertainment I, LLC
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

### V.

John Snay

CASE NUMBER:

# 04-40097-NMG

TO: (Name and address of defendant)

    John Snay
    20 Cook Street
    Douglas, MA 01516

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher L. Brown, Esquire
    Murtha Cullina LLP
    20th Floor
    99 High Street
    Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_

(BY) DEPUTY CLERK

_6-2-04_

DATE

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

06/11/2004

I hereby certify and return that on 06/09/2004 at 03:08pm I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOHN SNAY at 20 COOK ST, DOUGLAS, MA and by mailing first class mail to the above address on 06/11/2004. Fees: Service 20.00, Travel 11.44, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00, Total Fees: $58.94

Lt - Deputy Sheriff Joseph F Coggans Jr.

_____
**Deputy Sheriff**

☐ Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                              Signature of Server

                                          _____
                                          Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.