UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS,

    Plaintiff,

v.

JOHN SNAY,

    Defendant.

CIVIL ACTION
NO. 04-40097

## MOTION FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT JOHN SNAY

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant JOHN SNAY (the "Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed in this Court on June 2, 2004;

2. The Defendant was served by Deputy Sheriff Joseph F. Coggans Jr. by leaving a copy of the Summons and Complaint at the abode of the Defendant on June 9, 2004 and by mailing a first class true attested copy to the home of the Defendant on June 11, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3. The Defendant failed to file an Appearance in the above-captioned action; and

4. The Defendant failed to file a response to the Complaint, which was due on or before June 29, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

        PLAINTIFF - CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS

By Its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street-20th Floor
Boston, MA 02110
(617) 457-4000

Dated: July 26, 2004

265645-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on July 26, 2004 to:

John Snay
20 Cook Street
Douglas, MA 01516

_____
Christopher L. Brown