UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charter Communications
Entertainment I, LLC
d/b/a Charter Communications,
       Plaintiff,

CIVIL ACTION
NO.04- 40097-FDS

V.

John Snay,
       Defendant,

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Charter Communications Entertainment I, LLC for an order of default for failure of the Defendant, John Snay, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 26th day of August 2004.

TONY ANASTAS, CLERK

By: /s/ Martin Castles
Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)       [ntcdflt.]