UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>Plaintiff<br><br>v.<br><br>JOHN SNAY,<br><br>Defendant | CIVIL ACTION<br>NO.  04-40097 |

## STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant John Snay agree to dismiss the Complaint against Defendant John Snay pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

PLAINTIFF - CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS

By Its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

DEFENDANT – JOHN SNAY

_____
John Snay
20 Cook Street
Douglas, Massachusetts 01516

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this 21 day of December, 2004 to:

John Snay
20 Cook Street
Douglas, Massachusetts 01516

_____
Christopher L. Brown

286983-1                                    2